MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

CARLSON, ZACHARIAH J,                  Case No. 09-60476
Chapter 7

        Debtor(s).

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

☐     Unclaimed Dividends

☒     Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| COMMERICAL INVESTIGATIONS INC<br>6311 VAN NUYS BLVD. STE 441<br>VAN NUYS, CA 91401 | 6 | 207.00 | 3.42 |

Date:    June 16, 2010

                                              /e/ DAVID G. VELDE
                                              DAVID G. VELDE, Trustee